## DISCIPLINARY DOCKET

**93–1828.** In re Resignation of Steffen. On response to court's order of September 23, 1994 regarding payment of board costs. Respondent is found in contempt, but the order is placed in the file.

MOYER, C.J., F.E. SWEENEY and COOK, JJ., would find respondent in contempt and refer this cause to the Attorney General for collection proceedings.